tion by Florence A. Ryan against the Central New York Telephone & Telegraph Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

RYAN, Respondent, v. HALLIGAN, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Anna F. Ryan against John J. Halligan, executor, etc. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates, within 20 days, to reduce the verdict to $500, in which case judgment and order affirmed, without costs.

RYAN v. HALLIGAN. (Supreme Court, Appellate Division, Third Department. November 27, 1907.) Action by Anna F. Ryan against John J. Halligan, as executor, etc., of Catherine Clark, deceased. No opinion. Motion denied.

RYAN, Respondent, v. PENNSYLVANIA COAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by John A. Ryan, as administrator, etc., of John J. Ryan, deceased, against the Pennsylvania Coal Company. No opinion. Judgment and order unanimously affirmed, with costs.

SAMMARITANO, Respondent, v. INTER-URBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Vincenzo Sammaritano against the Interurban Street Railway Company. B. H. Ames, for appellant. C. O. Maas, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN and LAMBERT, JJ., dissent.

SCHIEFER, Appellant, v. FREYGANG et al., Respondents. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Bertha Schiefer against Minna Freygang and others. L. M. Berkeley, for appellant. G. W. Files, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHLESINGER v. BUTCHER et al. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Leo Schlesinger, as receiver, against Edward Butcher, impleaded. No opinion. Motion granted, with $10 costs. Order filed.

SCHRADER, Respondent, v. ELIAS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by John Schrader, an infant, etc., against Gabriel Elias and another. No opinion. Judgment and order affirmed, with costs.

SCHULTZ, Respondent, v. YVELIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by William Schultz against Cordelia E. Yvelin. No opinion. Judgment of the County Court of Nassau county affirmed, with costs.

In re SCOTT'S ESTATE. (Supreme Court, Appellate Division, First Department. November 8, 1907.) In the matter of the estate of Rebecca B. Scott, deceased. No opinion. Decree affirmed, with costs. Order filed.

In re SEA BEACH RY. CO. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) In the matter of the application of the Sea Beach Railway Company to compel the payment of an award, etc., for opening Third avenue from Sixtieth street to the Shore Driveway, etc. No opinion. Order affirmed, with $10 costs and disbursements.

SELLECK, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Robert R. Selleck against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

RICH, J., dissents.

SELLEY et al., Respondent, v. IRISH INDUSTRIAL EXPOSITION & AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Edwin J. Selley and another against the Irish Industrial Exposition & Amusement Company. T. M. Tyng, for appellant. L. M. Berkeley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 53 Misc. Rep. 46, 102 N. Y. Supp. 1006.

SHAPIRO et al., Appellants, v. FRIEDMAN, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Abraham Shapiro and another against Adolph Friedman. No opinion. Judgment of the Municipal Court affirmed, with costs.

SHEEHAN v. MARTIN et al. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Action by Dennis E. Sheehan against Joseph Martin and another. No opinion. Motion dismissed, with $10 costs. Order filed.

SHOEMAKER, Respondent, v. SECURITY MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Henry Shoemaker against the Security Mutual Life Insurance Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SMITH, P. J., dissents.

In re SILKMAN et al. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) In the matter of the accounting of Theodore H. Silkman, James G. Shaw, and J.

Edward Young, Jr., as executors of the last will and testament of Adolph F. Braidich, deceased.

PER CURIAM. Order resettled nunc pro tunc as of the date of July 23, 1907, to the extent of striking out the recital in parenthesis at folio 31: "A majority of this court concurring." In other respects, motion to resettle denied, without costs, but this without prejudice to proceedings already had on the appeal from this court.

In re SIMES. (Supreme Court, Appellate Division, Fourth Department. Sept. 25, 1907.) In the matter of the application of Ernest A. Simes for an order, etc.

PER CURIAM. Order modified, so as to allow the appellant $300 for services, besides $115.42 for disbursements, and direct payment of the balance, with interest, and, as modified, affirmed, with $10 costs and disbursements to appellant.

McLENNAN, P. J., and SPRING, J., dissent.

SIMMONS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by Nellie Simmons, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

SLACK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by Will A. Slack against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

SLADE, Appellant, v. DOMINY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Fannie Slade against Washington T. Dominy and others. No opinion. Order affirmed, with $10 costs and disbursements.

SLATER, Appellant, v. GRANNEMANN et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 26, 1907.) Action by John F. Slater against Louise H. Grannemann and others. No opinion. Motion granted, with $10 costs, unless the appellant, within 10 days, serves on respondent copies of printed papers on appeal and pays $20 costs, in which case motion is denied, without costs.

SMITH, Respondent, v. BOSTON & M. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by Milo D. Smith against the Boston & Maine Railroad Company. No opinion. Judgment and order affirmed, with costs.

SMITH, Respondent, v. GEORGE RINGLER & CO., Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Gus T. Smith against George Ringler & Co. W. Seabury, for appellant. J. M. Mayer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SMITH et al., Respondents, v. IRVIN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Mary I. Smith and another against Mary M. Irvin, individually etc., and others. F. Woodbridge, for appellants. R. K. Prentice, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SMITH, Appellant, v. STORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Ernst Smith against Emilie C. Stork and Reba Tyler Jackson, as administratrix of Susan M. Van Namee, deceased.

PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appellant perfect the appeal within 20 days and pay the respondents $10 costs. On compliance, motion to dismiss the appeal will be denied, and the case placed at the foot of the present calendar.

In re SNYDER. (Supreme Court, Appellate Division, First Department. November 8, 1907.) In the matter of Henry B. Snyder. No opinion. Motion to dismiss appeal granted, without costs. Order filed.

SNYDER, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Ernie Snyder, as sole administratrix, etc., of Jeremiah Snyder, deceased, against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SOLINGER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Walter B. Solinger, by Sidney Lowenthal, his guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice.

SPAULDING, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by William Spaulding against the city of New York. No opinion. Judgment unanimously affirmed, with costs.

SPICER, Appellant, v. PEPPER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Action by Charlotte Pamelia Spicer against John J. Pepper and others.

PER CURIAM. Order amended, so as to direct that there be stricken from the third defense the words, "realleges all the allegations hereinbefore set forth in the first and second defenses to the complaint herein, the same as though fully set forth herein," and, as so amended, affirmed,